

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00242-CV

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**,
Appellant

v.

Kerry **DAVIS**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI25122
Honorable Tina Torres, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               H. Todd McCray, Justice
               Velia J. Meza, Justice

Delivered and Filed: August 6, 2025

REVERSED AND REMANDED

The parties in this case have filed a joint motion, stating that they have fully resolved and settled all issues in dispute. They request that the trial court's judgment be reversed, and that the cause be remanded for the entry of a judgment in conformity with their settlement agreement.

The motion is granted. The judgment of the trial court is reversed, and the cause is remanded for entry of a judgment in conformity with the settlement agreement.

PER CURIAM